RECEIVED
OCT - 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF LARRY DOIRON, INC., as OWNER AND OPERATOR OF the *BARGE POGO* and the *M/V BILLY JOE* | CIVIL ACTION NO: 11-1510<br><br>JUDGE DOHERTY<br><br>MAG. JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON SAVOIE'S MOTION TO LIFT LIMITATION STAY

Before the Court for consideration is Claimant Peter Paul Savoie's Motion to Lift Limitation Stay. After reviewing the pleadings on file, the briefs of the parties and the evidence necessary for disposition of this matter, it is the opinion of the Court that said motion is ~~meritorious and should be GRANTED~~ DENIED.

~~Accordingly,~~

~~It is hereby ordered that the stay provisions of this Court's Order (Rec. Doc. 4) of August 23, 2011, restraining prosecution of claims against Larry Doiron, Inc., is hereby lifted pursuant to the terms of the stipulation filed by Claimant, Peter Paul Savoie.~~

Thus done and signed this 1st day of October, 2012.

HON. REBECCA F. DOHERTY, JUDGE

To proceed in state court, *all* claimants must sign the stipulation protecting the shipowner's rights under the Limitation Act; in this matter, Apache Corporation has not. See e.g. <u>Odeco Oil and Gas Co., Drilling Div. v. Bonnette</u>, 74 F.3d 671, 674-75 (5th Cir. 1996).